

United States District Court
Eastern District of California

| Eli Mejia Mejia |
|---|

Plaintiff(s)

Case Number: 1:26-CV-02034-DJC-DMC

V.

| Warden of Califonia City Detention Center et al. |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Jacqueline Delgado

hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Eli Mejia Mejia

On ____10/05/2011____ (date), I was admitted to practice and presently in good standing in the

____Southern District of Florida____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: ____03/13/2026____          Signature of Applicant: /s/ Jacqueline Delgado

**Pro Hac Vice Attorney**

Applicant's Name: Jacqueline Delgado

Law Firm Name: Delgado Law Group

Address: 631 Lucerne Avenue, Suite 26

City: Lake Worth Beach    State: FL    Zip: 33460

Phone Number w/Area Code: 561.342.1429

City and State of Residence: Lake Worth Beach, Florida

Primary E-mail Address: jdelgado@delgado-law.com

Secondary E-mail Address: luz@delgado-law.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alexa S. White

Law Firm Name: Millicent Law Group, LLC

Address: 2451 Crystal Drive, Suite 600

City: Arlington    State: VA    Zip: 22202

Phone Number w/Area Code: (202) 948-7948    Bar # 343072

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 13, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE